### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CAMERON MOSER, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 4:23-cv-10008-KMM |
| Plaintiff, | : | |
| v. | : | |
| AMERICOR FUNDING, LLC, et al., | : | |
| Defendant. | : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Cameron Moser and Defendants Americor Funding, LLC and Live Calls Network, LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: February 1, 2024

Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative classes*

By: /s/ Jenniffer Cabrera
Jenniffer Cabrera (FBN 1034545)
jenniffer@troutmanamin.com

Troutman Amin, LLP
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: 561-834-0883

*Counsel for Defendant Americor Funding, LLC*

**NELSON MULLINS RILEY & SCARBOROUGH**
*Counsel for Defendant, Live Calls Network, LLC*
1905 NW Corporate Boulevard, Suite 310
Boca Raton, Florida 33431
T: (561) 343-6900 | F: (561) 483-7321

By: */s/ T.W. Anderson, Jr.*
**Terrance W. Anderson, Jr., Esq.**
Florida Bar No. 27426
tw.anderson@nelsonmullins.com