UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
CASE NO. 4:23-cv-10008-KMM

**CAMERON MOSER**, individually and on behalf of all others similarly situated,

      Plaintiff,

  v.

**AMERICOR FUNDING, LLC,**

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cameron Moser ("Plaintiff") and Defendant Americor Funding, LLC stipulate to the dismissal of Plaintiff's claims with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: February 23, 2024

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative classes*

TROUTMAN AMIN

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera (FBN 1034545)
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida  33431
Telephone: 561-834-0883
jenniffer@troutmanamin.com

*Counsel for Defendant Americor Funding, LLC*